UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IFEOMA EZEKWO,<br><br>        Plaintiff,<br><br>   -against-<br><br>ST. PHILLIP NERI, ET AL,<br><br>        Defendant. | 22-CV-8332 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 13, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: January 13, 2023
    New York, New York

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                 Chief United States District Judge